PER CURIAM.
The partial summary judgment entered in favor of the defendant Compact Publications, Inc., is reversed. Genuine and material issues of fact exist precluding the entry of summary judgment, Wills v. Sears, Roebuck & Company, 351 So.2d 29 (Fla.1977), including (a) whether the defendant sought to “palm off” its books as plaintiff’s; and (b) the likelihood of customer confusion between the two. See B. H. Bunn Co. v. AAA Replacement Parts Co., 451 F.2d 1254 (5th Cir. 1971); Harlequin Enterprises Ltd. v. Gulf & Western Corp., 503 F.Supp. 647 (S.D.N.Y.1980), aff’d, 644 F.2d 946 (2d Cir. 1981); Teledyne Industries, Inc. v. Windmere Products, Inc., 433 F.Supp. 710, 736 (S.D.Fla.1977); Weiner v. Weisberg, 342 So.2d 535 (Fla. 3d DCA 1977); Luckie v. McCall Mfg. Co., 153 So.2d 311 (Fla. 1st DCA), cert. denied, 157 So.2d 817 (Fla.1963). See generally Sears, Roebuck & Co. v. Stiffel Co., 376 U.S. 225, 232, 84 S.Ct. 784, 789, 11 L.Ed.2d 661, 667 (1964) (state action aimed at protecting businesses in the use of trade dress not pre-empted by federal law); Sentco, Inc. v. McCulloh, 68 So.2d 577 (Fla.1953); American Pest Corps., Inc. v. Barco Chemicals Division, Inc., 317 So.2d 789 (Fla. 4th DCA 1975); Crown Central Petroleum Corp. v. Standard Oil Co., 135 So.2d 26 (Fla. 1st DCA 1961), cert. denied, 142 So.2d 731 (Fla.1962).
Reversed and remanded for further proceedings.